## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 3761 | **DATE** | 12/7/2011 |
| **CASE TITLE** | Pegee vs. Gunite | | |

**DOCKET ENTRY TEXT:**

Pursuant to stipulation of parties, this case is dismissed with prejudice.

*/s/ Frederick J. Kapala*

Docketing to mail notices.

| | Courtroom Deputy Initials: | sb |
|---|---|---|